**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Secura Insurance Company

                                                    Plaintiff,

v.                                                                    Case No.: 1:26–cv–00905
                                                                      Honorable Steven C. Seeger

Goldberg General Contracting, Inc., et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

        MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report about service of process. (Dckt. No. [23]) Plaintiff's motion for alternate service of process on Defendant Gonzalez (Dckt. No. [21]) is hereby granted. Plaintiff has made reasonable, persistent efforts to serve Gonzalez, to no avail. Plaintiff reached out to Gonzalez's counsel in the underlying litigation (Paul O'Toole), but received no response. The lack of a response is not acceptable. The Court directs Gonzalez's counsel in the underlying litigation to respond to the query within two weeks. Plaintiff requested alternate service under Rule 4(e), Illinois Supreme Court Rule 102(f), and 735 ILCS 5/2–203.1. The Court authorizes service of process on Gonzalez as follows. First, Plaintiff must serve process by mailing a copy of the complaint and the summons (by a means that shows receipt, such as certified mail, or FedEx or UPS, and so on), to Gonzalez's counsel in the underlying litigation (Paul O'Toole). Second, Plaintiff must serve process by mailing a copy of the complaint and the summons (by U.S. Mail) to Gonzalez's last known address, including both of the "two potential addresses" discussed in the motion. Plaintiff must include a copy of this order in each package. Plaintiff must file an affidavit of service. If attorney O'Toole does not respond, then Plaintiff can file another motion. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.